Fill in this information to identify the case:

United States Bankruptcy Court for the:

Central District of California

Case number (*If known*): _____ Chapter __11__

☐ Check if this is an amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy  04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

1. **Debtor's name**  Scarlet Kitchen & Lounge LLC

2. **All other names debtor used in the last 8 years**
   Include any assumed names, trade names, and *doing business as* names
   
   _____

3. **Debtor's federal Employer Identification Number (EIN)**  83-0926293

4. **Debtor's address**

   **Principal place of business**
   30865 Gateway Place
   Number    Street
   Suite E-6
   Ladera Ranch    CA    92694
   City    State    ZIP Code

   Orange County
   County

   **Mailing address, if different from principal place of business**
   19801 Meadow Ridge Drive
   Number    Street
   Apt 37
   P.O. Box
   Trabuco Canyon    CA    92679
   City    State    ZIP Code

   **Location of principal assets, if different from principal place of business**
   _____
   Number    Street
   _____
   City    State    ZIP Code

5. **Debtor's website (URL)**  Scarlet Kl.Com

6. **Type of debtor**
   ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding LLP)
   ☐ Other. Specify: _____

---

Official Form 201    Voluntary Petition for Non-Individuals Filing for Bankruptcy    page 1

Debtor __Scarlet Kitchen & Lounge Llc_____    Case number (*if known*)_____
         Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☑ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.naics.com/search/ .
   722511

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
☑ Chapter 11. *Check **all** that apply*:

  ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No
☐ Yes.  District _____  When _____  Case number _____
                                  MM / DD / YYYY
        District _____  When _____  Case number _____
                                  MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No
☐ Yes.  Debtor _____  Relationship _____
        District _____  When _____
                              MM / DD / YYYY
        Case number, if known _____

Debtor  Scarlet Kitchen & Lounge Llc                                    Case number (*if known*)_____
        Name

**11. Why is the case filed in *this district*?**

Check all that apply:

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number    Street

_____

_____   _____   _____
City                                    State   ZIP Code

**Is the property insured?**

☐ No
☐ Yes. Insurance agency _____
        Contact name _____
        Phone _____

---

### Statistical and administrative information

**13. Debtor's estimation of available funds**

Check one:

☑ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☑ 1-49
☐ 50-99
☐ 100-199
☐ 200-999
☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000
☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated assets**

☐ $0-$50,000
☐ $50,001-$100,000
☑ $100,001-$500,000
☐ $500,001-$1 million
☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million
☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

---

Official Form 201          Voluntary Petition for Non-Individuals Filing for Bankruptcy          page **3**

Debtor  Scarlet Kitchen & Lounge Llc _____  Case number (if known) _____
        Name

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☑ $500,001-$1 million
- ☐ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

## Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  06/17/2025
              MM / DD / YYYY

× /s/ Paige Riordan
Signature of authorized representative of debtor

Paige Riordan
Printed name

Title  Owner/Executive Chef

**18. Signature of attorney**

× /s/ DR
Signature of attorney for debtor

Date  06/17/2025
      MM / DD / YYYY

Donald Reid
Printed name

Law Office of Donald W. Reid
Firm name

PO Box 2227
Number  Street

Fallbrook          CA     92088
City               State  ZIP Code

(951) 777-2460                don@donreidlaw.com
Contact phone                 Email address

281743             CA
Bar number         State

**Fill in this information to identify the case:**

Debtor name: Scarlet Kitchen & Lounge Llc

United States Bankruptcy Court for the: Central District of California

Case number (If known): _____

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Forward Financing<br>53 State St<br>20th Floor<br>Boston, MA, 02109 | | Monies Loaned / Advanced | | | | 119,718.76 |
| 2 | Toast Capital<br>333 Summer Street<br>Boston, MA, 02210 | | Monies Loaned / Advanced | | | | 101,865.00 |
| 3 | Everest Business Funding<br>12496 Nw 25th Street<br>Miami , FL, 33182 | | Monies Loaned / Advanced | | | | 95,486.80 |
| 4 | California Department Of Tax And Fee Admininstration<br>PO Box 942879<br>Sacramento , CA, 94279 | | Taxes & Other Government Units | | | | 74,881.00 |
| 5 | Clearfund Solutions<br>99 Wall Street<br>Suite 2613<br>New York, NY, 10005 | | Monies Loaned / Advanced | | | | 65,504.30 |
| 6 | I Lend Advance (Velocity Capital Group Llc)<br>, CA, | | Monies Loaned / Advanced | | | | 41,472.31 |
| 7 | Biberk<br>Po Box 113247<br>Stamford , CT, | | Services | Disputed | | | 20,258.26 |
| 8 | County of Orange Treasurer and Tax Collector<br>601 N Ross St,<br>Santa Ana, CA, 92701 | | Taxes & Other Government Units | Disputed | | | 20,000.00 |

Official Form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    page 1

Debtor  Scarlet Kitchen & Lounge Llc  
_Name_

Case number (*if known*)_____

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | Nature's Produce<br>Po Box 53866/3305 Bandini Blvd<br>Vernon, CA, 90058 | | Suppliers or Vendors | | | | 18,683.75 |
| 10 | Palmieri Tyler Attorneys At Law<br>1900 Main Street<br>Suite 700<br>Irvine, CA, | | Services | | | | 9,748.19 |
| 11 | Rndc<br>Po Box 743564<br>Los Angeles, CA, 90074 | | Suppliers or Vendors | | | | 8,707.45 |
| 12 | Paul's Bar & Restaurant Supply<br>2300 E 57th Street<br>Vernon, CA, 90058 | | Suppliers or Vendors | | | | 8,223.07 |
| 13 | Regal Wine Company<br>Po Box 2160<br>Windsor , CA, 95492 | | Suppliers or Vendors | | | | 6,389.98 |
| 14 | West Coast Prime Meats Llc<br>Po Box 102189<br>Pasadena , CA, 91189 | | Suppliers or Vendors | | | | 6,175.80 |
| 15 | Cintas<br>14792 Franklin Ave<br>Tustin, CA, 92694 | | Suppliers or Vendors | | | | 5,549.15 |
| 16 | Braun Linen<br>16530 So. Garfield Ave<br>Paramount, CA, 90723 | | Services | | | | 4,457.64 |
| 17 | H&H Gas Grill & Patio Heater<br>10401 Killarney Dr<br>Riverside , CA, 92503 | | Services | | | | 3,916.61 |
| 18 | Rom Beer Company<br>1011 Calle Recodo<br>San Clemente, CA, 92673 | | Suppliers or Vendors | | | | 1,746.00 |
| 19 | H. Mercer Imports Inc.<br>4036 Higuera Street<br>Culver City, CA, 90232 | | Services | | | | 1,617.60 |
| 20 | Celebrations Direct, Llc<br>Laguna Hills, CA, | | Services | | | | 1,500.00 |

Official Form 204    **Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims**    page 2

Autochlor Systems
530 Goetz Avenue
Santa Ana, CA 92707


Biberk
Po Box 113247
Stamford , CT


Braun Linen
16530 So. Garfield Ave
Paramount, CA 90723


California Department Of Tax And Fee Adminin
PO Box 942879
Sacremento , CA 94279


Celebrations Direct, Llc
Laguna Hills, CA


Cintas
14792 Franklin Ave
Tustin, CA 92694


Clearfund Solutions
99 Wall Street
Suite 2613
New York, NY 10005


County of Orange Treasurer and Tax Collector
601 N Ross St,
Santa Ana, CA 92701

D&P Services
9082 Marlene Ave
Garden Grove, CA 92841


Docent Brewery Sjc
33049 Calle Aviador
Suit C
San Juan Capistrano, CA 92675


Duckhorn Wine Company
Dept. La 24662
Pasadena , CA 91185


Everest Business Funding
12496 Nw 25th Street
Miami , FL 33182


Forward Financing
53 State St
20th Floor
Boston, MA 02109


H&H Gas Grill & Patio Heater
10401 Killarney Dr
Riverside , CA 92503


H. Mercer Imports Inc.
4036 Higuera Street
Culver City, CA 90232


I Lend Advance (Velocity Capital Group Llc)

Libre Spirits Llc
20651 Prism Place
Lake Forest, CA 92630


Nature's Produce
Po Box 53866/3305 Bandini Blvd
Vernon, CA 90058


Orkin Pest Control
Po Box 740300
Cincinnati , OH 45274


Paige Riordan
19801 Meadow Ridge Dr.
37
Trabuco Canyon, CA 92679


Palmieri Tyler Attorneys At Law
1900 Main Street
Suite 700
Irvine, CA


Park Street Imports
1000 Brickell Avenue
Suit 215
Miami, FL 33131


Paul's Bar & Restaurant Supply
2300 E 57th Street
Vernon, CA 90058


Quick Dispense
2700 Kimball Ave
Pomona, CA 91767

Regal Wine Company
Po Box 2160
Windsor , CA 95492


Rndc
Po Box 743564
Los Angeles, CA 90074


Rom Beer Company
1011 Calle Recodo
San Clemente, CA 92673


Rombauer Vineyards Inc.
3522 Silverado Trail North
St. Helena, CA 94574


Sadie Rose Baking Company
2614 Temple Heights Drive
Oceanside, CA 92056


Southern Glaziers Wine & Spirits
File 56002
Los Angeles, CA 90074


Station Craft
34150 Pacific Coast Highway
Dana Point, CA 92629


Straub Distributing Company
4633 E. La Palma Ave
Anaheim , CA 92807

Toast Capital
333 Summer Street
Boston, MA 02210


Upper Crust Distribution
Po Box 907
Atwood, CA


West Coast Prime Meats Llc
Po Box 102189
Pasadena , CA 91189


Westar Assoiciates
4650 Von Karman Avenue
Newport Beach, CA 92660

United States Bankruptcy Court

Central District of California

In re: Scarlet Kitchen & Lounge Llc

Case No.

Chapter  11

Debtor(s)

## Verification of Creditor Matrix

The above-named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date: 06/17/2025

_____
Signature of Individual signing on behalf of debtor

Owner
_____
Position or relationship to debtor